■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. NORTHRUP, JR., Appellant.—Judgment unanimously

affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Livingston County Court, Houston, J.—driving while intoxicated.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.